ALICE MONTANT, Respondent, *v.* LOUIS J. MONTANT, Appellant.

Submitted October 25, 1938; decided December 6, 1938.

*Julius L. Neidle* and *Max Taylor* for appellant.
*Edward S. Bentley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.